IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE ANN FUGES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SOUTHWEST FINANCIAL SERVICES, INC. | : | NO. 2:09-cv-00699 |

O R D E R

And now, this 17th day of February 2010, upon consideration of Defendant's Motion for Clarification (Doc. No. 22), it is hereby ORDERED that Defendant's Motion is DENIED.

                                          BY THE COURT:

                                          /s/Legrome D. Davis
                                          U.S. District Court Judge