# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE ANN FUGES, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHWEST FINANCIAL SERVICES, LTD.<br><br>              Defendant. | Civil Action No. 09-699<br><br>CLASS ACTION |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT SOUTHWEST FINANCIAL SERVICES, LTD.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Marie Ann Fuges, through her undersigned counsel, hereby opposes the Motion for Summary Judgment of Defendant Southwest Financial Services, Ltd. (Motion). For the reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference herein, the Motion should be denied.

                                              **FRANCIS & MAILMAN, P.C.**

                                              */s/ John Soumilas*
                                            JAMES A. FRANCIS
                                            JOHN SOUMILAS
                                            ERIN A. NOVAK
                                            Land Title Building, 19th Floor
                                            100 South Broad Street
                                            Philadelphia, PA 19110
                                            (215) 735-8600

DATE: September 12, 2011                            Attorneys for Plaintiff